Eastern District of Kentucky
**FILED**

OCT 1 1 2011

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
CIVIL ACTION NO. 5:10-cv-00251

*FILED ELECTRONICALLY*

| | |
|---|---|
| THERESA I. WHITAKER | PLAINTIFF |
| vs.   JOINT STIPULATION OF DISMISSAL | |
| MCKECHNIE VEHICLE COMPONENTS USA, Inc. | DEFENDANT |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Theresa Whitaker ("Plaintiff"), and Defendant McKechnie Vehicle Components USA, Inc. ("Defendant"), by their respective counsel, pursuant to Fed. R. Civ. P. 41.01(a)(1)A(ii), respectfully file this Stipulation of Voluntary Dismissal of Civil Action. By agreement of the Parties, Plaintiff's claims against Defendant are DISMISSED WITH PREJUDICE. This stipulation is effective upon filing, without further orders of the Court. Each party shall bear its own costs.

Dated this 10th day of October, 2011.

/s/ Catherine S. Wright
Catherine S. Wright
Andrew B. Millar
DINSMORE & SHOHL LLP
250 West Main Street, Suite 1400
Lexington, Kentucky 40507
859-425-1000 (telephone)
859-425-1099 (facsimile)
catherine.wright@dinslaw.com
drew.millar@dinslaw.com

*Counsel for Defendant McKechnie Vehicle Components USA, Inc.*


/s/ H. Wayne Roberts (with permission)
H. Wayne Roberts
333 West Vine Street, Suite 1640
Lexington, Kentucky 40507

*Counsel for Plaintiff*

423973v1

IT IS SO ORDERED, this the 11th day of October, 2011.

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, U.S. DISTRICT JUDGE